Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Attorneys for Plaintiffs
and the Proposed Class

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; and DOES 1 through 50,<br><br>　　　Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: January 28, 2021 |

STIPULATION TO FILE AMENDED COMPLAINT　　　No. 8:21-cv-00199-JVS-DFM

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (together, "Ambassador"), through their undersigned counsel, hereby stipulate as follows pursuant to Local Rule 7-1:

WHEREAS, on January 28, 2021 Plaintiff filed its Class Action Complaint (ECF 1) in this action.

WHEREAS, on February 5, 2021, Plaintiff served Defendant The Ambassador Group, LLC, with its complaint ("Complaint"). Based on this date of service, Defendant Ambassador's response was February 26, 2021.

WHEREAS, on February 10, 2021, Plaintiff served Brandon M. White with its Complaint. Based on this date of service, the response date for Defendant White was March 3, 2021.

WHEREAS, the parties agreed pursuant to the Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3) (ECF 23) filed on March 3, 2021 to extend the response date for Ambassador and White to and including March 8, 2021.

WHEREAS, on March 8, 2021, Defendants filed their Notice Of Motion And Motion To Dismiss Of Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer (ECF 24) which is set for hearing before this Court on April 26, 2021 at 1:30 p.m. Plaintiff's opposition is due on April 5, 2021.

WHEREAS, Plaintiff's opposition is due on April 5, 2021, Defendants' reply is due on April 12, 2021.

WHEREAS, Plaintiff has reviewed the motion to dismiss, conducted additional investigation relating to personal jurisdiction and now intends to amend the complaint to allege additional jurisdictional facts. To avoid further briefing and hearing on the pending motion to dismiss which will be rendered moot by an amended complaint, Plaintiff has met and conferred with Defendants who have consented to Plaintiff's filing of an amended complaint.

WHEREAS, the Parties respectfully submit the following Stipulation and Request for an Order:

### STIPULATION

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court take the motion to dismiss set for hearing on April 26, 2021 off calendar and grant Plaintiff leave to file an amended complaint by April 9, 2021.

A [Proposed] Order is lodged concurrently herewith.

Dated: April 3, 2021

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:    /s/ Michael F. Ram
      Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN AND MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Attorneys for Plaintiffs and the Proposed Class

| | | |
|---|---|---|
| Dated: April 3, 2021 | | STOLL KEENON OGDEN PLLC |
| | By: | /s/ Culver V. Halliday |
| | | Culver V. Halliday |

Culver V. Halliday, (Admitted *Pro Hac Vice*)
culver.halliday@skofirm.com
Spencer K. Gray, (Admitted *Pro Hac Vice*)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Tel.: (502) 333-6000
Fax: (502) 333-6099

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman, Suite 650
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190

Attorneys for The Ambassador Group, LLC and Brandon M. White

STIPULATION TO FILE AMENDED COMPLAINT   No. 8:21-cv-00199-JVS-DFM
3

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ Michael F. Ram  
Michael F. Ram