# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>       Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; and DOES 1 through 50,<br><br>       Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

# ORDER

For good cause shown, the Court approves and GRANTS the stipulation to permit the filing of an amended complaint:

THEREFORE, Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions' and Brandon White's motion to dismiss set for hearing on April 26, 2021 is hereby taken off calendar.  Plaintiff shall file its amended complaint by April 9, 2021.

**IT IS SO ORDERED**

Dated: _____                                    _____
                                                                                    Hon. James V. Selna
                                                                                    U.S. Court District Judge