IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>  Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; and DOES 1 through 50,<br><br>  Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

# ORDER

For good cause shown, the Court approves and GRANTS the stipulation to permit the filing of an amended complaint:

THEREFORE, Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions' and Brandon White's motion to dismiss set for hearing on April 26, 2021 is hereby VACATED.  Plaintiff shall file its amended complaint by April 9, 2021.

**IT IS SO ORDERED**

Dated: April 05, 2021

_____
Hon. James V. Selna
U.S. Court District Judge