

September 14, 2020

Re: Ambassador Captive Solutions/Brandon White

Performance Partners and Agents,

The board of directors for Performance Insurance Company, SPC have been made aware of multiple incidents involving Ambassador Captive Solutions and Brandon White. Given the significance of the most recent developments, highlighted below, we wanted to inform you of these and provide clarity on the actions the Board of Directors have taken.

A dispute was filed by AIG in May in the Western District of Kentucky against The Ambassador Group LLC, Brandon White, Goldenstar Holdings Company SP and Smart Insure SP. The allegations pertain primarily to alleged fraudulent execution of an AIG contract. AIG's allegations are strongly disputed by Ambassador and to that end, the present position in the Kentucky proceedings is that the Defendants have filed a forthright Answer to the Complaint.

Insofar as the AIG matter is concerned, the parties have agreed to mediate their dispute and it is understood this will take place in the coming weeks.

In the interim, by a Complaint filed on 19th August 2020, State National Insurance Company, Inc. has intervened in the AIG Kentucky proceedings making substantially the same allegations against the Defendants and others, as pleaded in the AIG Complaint. The named Defendants by State National have received letters with notice to make effort to cease and desist. In addition, Kynect Risk Management Limited has also received notification of the alleged counterfeit policies and agreements from State National and requesting cooperation in addressing this matter.

In light of this latest development and the commonality of the allegations of questionable conduct asserted in proceedings against Brandon White and Ambassador; the Company having concluded that, without fault, it has been damaged by the misconduct described in the complaints. These allegations have created tremendous hardship for the clients, the agents, and the SPC.

Like many of you, the Board of Directors were surprised and are deeply disheartened with the allegations against Ambassador and Brandon White and the reported behavior against the Company. Our top priority at all times is to our clients and we will do all within our power to help and assist in addressing the issues created by these allegations. Every effort is being made to resolve the issues at hand recognizing that there are significant commercial realities impacting the clients because of the disputed coverage which must be addressed with expediency.

3rd Floor, Bayshore Center, 31 Warwick Drive,
George Town, P.O. Box 455
Grand Cayman KY1-1106, Cayman Islands

It is the duty of the Board of Directors to protect the SPC and the SP's, and while we will withhold passing judgement on Ambassador or Brandon White until such time matters are settled, we must take appropriate action to protect the interest of the clients and the integrity of the SPC.

To restore the SPC and address matters on behalf of the clients, the SPC, by its Board of Directors have instituted the following actions:

1. As part of its governance review, Brandon White resigned as a director of the SPC;
2. Brandon White is no longer a beneficial owner of Performance Insurance Company SPC, subject to the Authority's approval;
3. We are taking control of all client relationships and matters with the suspension and progressive separation with The Ambassador Group LLC;
4. Engaged alternative captive consultants to assist the stakeholders of the SP's within the SPC should they feel a consultant is needed;
5. Engaged separate US Counsel and Cayman counsel to advise the SPC on its rights and remedies, including direct engagement with State National;
6. Authorized Kynect Risk Management Limited to assist the SPC with the steps identified above as well as conduct more in depth audits of the affected SP accounts; and,
7. With respect to item #6 above, Kynect has confirmed that there are no losses on the SP bank accounts.

***The Board of Directors is hereby requesting of any SP that has engaged counsel regarding the AIG, State National, or any other matter pertaining to Ambassador or Brandon White co-ordinate such through the SPCs counsel – Anthony Akiwumi of Etienne Blake whom is copied on this email. Please request your counsel contact Anthony directly or reach out to Kynect who will help co-ordinate this effort.***

It is the Boards understanding that most agents and clients are already aware of the allegations noted above, however please take this as written confirmation formalizing prior communications around this matter and the actions the Board has taken.  We will continue to provide updates to you on this matter as facts are reveled and/or decisions are made.

Your partnership and trust is of the utmost importance to us; please feel free to contact any of the Board members or Kynect should you have questions or matters we need to address.


Sincerely,

Performance Insurance Company SPC, Board of Directors