# EXHIBIT A

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) Estimated length: 5 days | 8:30 a.m. (Tuesdays) | | 25-Apr-23 | 25-Apr-23 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | −1 | 18-Apr-23 | 18-Apr-23 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | −2 | 11-Apr-23 | 11-Apr-23 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | −3 | 4-Apr-23 | 4-Apr-23 | |
| Last day for hand−serving Motions in Limine | | −6 | 6-Mar-23 | 6-Mar-23 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | −7 | 27-Feb-23 | 27-Feb-23 | |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | −11 | 6-Feb-23 | 6-Feb-23 | |
| Non−expert Discovery cut−off | | −15 | 8-Aug-22 | 8-Aug-22 | |
| Expert discovery cut−off | | | 13-Feb-23 | 13-Feb-23 | |
| Rebuttal Expert Witness Disclosure | | | 12-Dec-22 | 12-Dec-22 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 7-Nov-22 | 7-Nov-22 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |