Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman, Suite 650
Irvine, CA 92614
Telephone (949) 260-3100 | Facsimile (949) 260-3190

Culver V. Halliday (Admitted *Pro Hac Vice*)
culver.halliday@skofirm.com
Spencer K. Gray (Admitted *Pro Hac Vice*)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone:(502) 333-6000 | Facsimile: (502) 333-6099

Attorneys for Defendants THE AMBASSADOR GROUP, LLC and BRANDON M. WHITE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, et al.<br><br>Defendants. | Case No. 8:21-cv-00199<br><br>**DEFENDANTS THE AMBASSADOR GROUP, LLC AND BRANDON M. WHITE'S NOTICE OF SECOND MOTION AND SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>Date:        June 7, 2021<br>Time:       1:30 p.m.<br>Courtroom: 10C<br><br>Amended Complaint Filed: April 9, 2021<br><br>Trial:  December 6, 2022 |

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 7, 2021 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, California, Defendants The Ambassador Group LLC ("Ambassador") and Brandon M. White ("White") hereby move to dismiss ("Motion") the action against them for lack of personal jurisdiction, to transfer the action to the United States District Court for the Western District of Kentucky to cure the jurisdictional defect, or, in the alternative, to transfer the action to the United States District Court for the Western District of Kentucky for the convenience of the parties and in the interest of justice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Hon. James V. Selna's emergency procedures, oral arguments on motions are currently vacated. The emergency procedures further provide that the Court will continue to post tentative rulings in the afternoon of the Court day prior to the scheduled hearing.  It is therefore anticipated that the Court will post at tentative ruling on the afternoon of June 4, 2021. A party may file a request for hearing of no more than five pages no later than 5:00 p.m. on June 8, 2021 stating why oral argument is necessary.  If no request is submitted, then the matter will be deemed submitted on the papers and the tentative will become the order of the Court.  If a request is submitted and granted, then the Court will advise the parties when and how the hearing will be conducted.

This Motion is brought pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, 28 U.S.C. Sec 1631, and 28 U.S.C. sec 1404.  The motion is supported by the accompanying memorandum of points and authorities, the declaration of White, and the proposed order.

Pursuant to the provisions of Local Rule 7-3 of the United States District Court for the Central District of California, before the filing of this Motion, the parties'

counsel met and conferred telephonically on March 5, 2021. As of the time of filing this Motion, the parties were unable to reach an agreement.

DATED:  April 23, 2021          CLAUSEN MILLER P.C.


                                BY:/s/Ian R. Feldman
                                    Ian R. Feldman

                                STOLL KEENON OGDEN PLLC


                                By: /s/Spencer K. Gray
                                    Culver V. Halliday
                                    Spencer K. Gray

                                Attorneys for Defendants
                                THE AMBASSADOR GROUP, LLC
                                AND BRANDON M. WHITE

7304013.1

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On April 23, 2021, I served the document(s) described below on all interested parties, as follows:

> **DEFENDANTS THE AMBASSADOR GROUP, LLC AND BRANDON M. WHITE'S NOTICE OF SECOND MOTION AND SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER**

**[X] BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on April 23, 2021 in Irvine, California.

*/s/ Barbara Dorsey*
Barbara Dorsey