Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone (949) 260-3100 | Facsimile (949) 260-3190

Culver V. Halliday (Admitted *Pro Hac Vice*)
culver.halliday@skofirm.com
Spencer K. Gray (Admitted *Pro Hac Vice*)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone:(502) 333-6000 | Facsimile: (502) 333-6099

Attorneys for Defendants THE AMBASSADOR GROUP, LLC and BRANDON M. WHITE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, et al.<br><br>Defendants. | Case No. 8:21-cv-00199<br><br>**DECLARATION OF BRANDON M. WHITE IN SUPPORT OF DEFENDANTS' SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>Date:        June 7, 2021<br>Time:       1:30 p.m.<br>Courtroom:  10C<br><br>Amended Complaint Filed: April 9, 2021<br>Trial: December 6, 2022 |

I, Brandon M. White, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify completely thereto. I make this declaration in support of the *Defendants' Notice Of Second Motion And Second Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer* ("Second Motion To Dismiss") filed on my behalf and on behalf of The Ambassador Group LLC ("Ambassador").

2. I am the legal representative of Ambassador and have also been named as a defendant by Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball, individually and on behalf of the members of its purported class ("Plaintiff").

3. I am the founder and President of Ambassador.

4. My permanent residence is 5008 Hickory Hill Drive, Lagrange, KY, 40031.

5. I have never declared myself to be, nor have I ever been, a resident of California.

6. I am not employed in the state of California.

7. I have not traveled to California in eight (8) years. I have not traveled to California since Ambassador began consulting for Gagliardi Insurance Services, Inc. ("Gagliardi").

8. I do not own, rent, or possess any real or personal property located in California. Ambassador does not own, rent, or possess any real or personal property located in California.

9. I do not own, lease, or maintain an office or place of business in California. Ambassador does not own, lease, or maintain an office or place of business in California.

10. Ambassador does not employ any California residents, and does not currently provide services to any California clients.

11. Ambassador is a Kentucky limited liability company. Ambassador's principal place of business is 9700 Park Plaza Avenue, Suite 200, Louisville, KY, 40241.

12. I do not market or solicit business or services within the state of California. Ambassador does not market or solicit business or services within the state of California.

13. I am not engaged in the business of insurance. Ambassador is not engaged in the business of insurance. Ambassador is not an insurance company and does not underwrite risk, nor does it sell or issue insurance policies or certificates to insureds. I do not underwrite risk, nor do I sell or issue insurance policies or certificates to insureds. Neither I nor Ambassador have ever sold an insurance policy to anyone in California, or anywhere.

14. Ambassador is in the business of providing consulting services. Ambassador, as a captive intermediary, offers services including advising and evaluating the feasibility of captive programs and facilitating, orchestrating, and implementing certain aspects of a captive program on behalf of the owner/broker. In consideration of providing these services, Ambassador collects a standard engagement fee from the broker/owner.

15. Ambassador only provided consulting services for Gagliardi for three years, beginning in July of 2017 and ceasing in October of 2020.

16. Neither Ambassador nor I have had any contacts with Gagliardi in California. Neither Ambassador nor I have negotiated or executed any agreements with Gagliardi in California.

17. Any agreements executed or negotiated by Ambassador or me that could be relevant to the Plaintiff's claims were executed and negotiated in Louisville, Kentucky. Neither Ambassador nor I have negotiated or executed any agreements which could be relevant to the Plaintiff's claims in the state of California.

18. Ambassador has registered an agent in California for service of process, as required by California law.

19. I play no role in the context of insurance sales, nor does Ambassador.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2021, in Louisville, Kentucky.

*Brandon M. White*

7300751.1

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On April 23, 2021, I served the document(s) described below on all interested parties, as follows:

> **DECLARATION OF BRANDON M. WHITE IN SUPPORT OF DEFENDANTS' SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER**

**[X] BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on April 23, 2021 in Irvine, California.

*/s/ Barbara Dorsey*
Barbara Dorsey