Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA  92691
Telephone (949) 260-3100 | Facsimile (949) 260-3190

Culver V. Halliday (Admitted *Pro Hac Vice*)
culver.halliday@skofirm.com
Spencer K. Gray (Admitted *Pro Hac Vice*)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone:(502) 333-6000 | Facsimile: (502) 333-6099

Attorneys for Defendants THE AMBASSADOR GROUP LLC and BRANDON M. WHITE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, et al.<br><br>　　　　Defendants. | Case No. 8:21-cv-00199<br><br>**MOTION INDEX**<br><br>Date:　　　　June 7, 2021<br>Time:　　　　1:30 p.m.<br>Courtroom:　　10c<br>Judge:　　　Hon. James V. Selna<br><br>Action Filed:　January 28, 2021<br>Trial:　　　December 22, 2022 |

Defendants The Ambassador Group LLC and Brandon M. White (together, "Defendants"), pursuant to the Court's *Order For Jury Trial Setting Dates; Preparation For Trial; And Governing Attorney Conduct At Trial* [Dkt. 39], provide this *Motion*

1

*Index* related to the *Second Notice Of Motion And Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer* [Dkt. 41].  The following is an index of the moving papers with the name and docket number of each:

- Defendants The Ambassador Group LLC And Brandon M. White's Notice Of Second Motion And Second Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer [Dkt. 41];

- Defendants The Ambassador Group LLC And Brandon M. White's Memorandum Of Law In Support Of Their Second Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer [Dkt. 41-1];

- Declaration Of Brandon M. White In Support Of Defendants' Second Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer [Dkt. 41-2];

- [Proposed] Order Granting Defendants' Second Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer [Dkt. 41-3].

DATED:  April 28, 2021                    CLAUSEN MILLER P.C.


                                          BY:*/s/Ian R. Feldman*
                                               Ian R. Feldman

                                          Attorneys for Defendants
                                          THE AMBASSADOR GROUP LLC
                                          AND BRANDON M. WHITE

                    [*Signatures Continued on Next Page*]

| | | |
|---|---|---|
| 1 | DATED:  April 28, 2021 | STOLL KEENON OGDEN PLLC |

By: <u>*/s/Spencer K. Gray*</u>
    Culver V. Halliday
    Spencer K. Gray

Attorneys for Defendants
THE AMBASSADOR GROUP LLC
AND BRANDON M. WHITE

7329512.1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On April 28, 2021, I served the document(s) described below on all interested parties, as follows:

### *MOTION INDEX*

**[X] BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on April 28, 2021 in Irvine, California.

*/s/Barbara M. Dorsey*
Barbara M. Dorsey

7170846.1