Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs
and the Proposed Class*

Culver V. Halliday, (Admitted Pro Hac Vice)
culver.halliday@skofirm.com
Spencer K. Gray, (Admitted Pro Hac Vice)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Telephone: (502) 333-6000
Facsimile: (502) 333-6099

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman, Suite 650
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Attorneys for The Ambassador Group, LLC
and Brandon M. White*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities, <br><br>     Plaintiffs, <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50, <br><br>     Defendants. | Case No.: 8:21-cv-00199-JVS-DFM <br><br> **STIPULATION AND PROPOSED ORDER SETTING CASE MANAGEMENT DATES** <br><br> Complaint Filed: January 28, 2021 |

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (together, "Ambassador," and Ambassador together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate as follows pursuant to the Court's [In-Chambers] Order re Scheduling Dates (ECF 40) dated April 20, 2021:

WHEREAS, on April 27, 2021, the Parties conferred by telephone pursuant to the Court's [In-Chambers] Order re Scheduling Dates (ECF 40) dated April 20, 2021 to discuss the remaining case management dates;

WHEREAS, the Parties respectfully submit the following Stipulation and Request for an Order:

## **STIPULATION**

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court order the following case management dates:

| Matter | Time | Date |
|---|---|---|
| Trial date (jury) Estimated length: 5 days | 8:30 a.m. (Tuesdays) | December 6, 2022 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony (if needed for any equitable issues) | | November 28, 2022 |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | November 21, 2022 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | November 14, 2022 |

| Matter | Time | Date |
|---|---|---|
| Last day for hand−serving Motions in Limine | | November 7, 2022 |
| Last day for hearing motions | 1:30 p.m. (Mondays) | October 31, 2022 |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | October 3, 2022 |
| Last day to file motion for class certification | | April 29, 2022 |
| Non−expert Discovery cut−off | | April 4, 2022 |
| Expert discovery cut−off | | October 10, 2022 |
| Rebuttal Expert Witness Disclosure | | August 8, 2022 |
| Opening Expert Witness Disclosure [*See* F. R. Civ. P. 26(a)(2)] | | July 4 2022 |
| Last day to conduct Settlement Conference | | October 7, 2022 |
| Last day to amend pleadings or add parties | | June 21, 2021 |

A [Proposed] Order is lodged concurrently herewith.

Dated: April 28, 2021

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:  /s/ Michael F. Ram
Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN AND MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Attorneys for Plaintiffs and the Proposed
Class

Dated: April 28, 2021                    STOLL KEENON OGDEN PLLC

                              By:        /s/ Spencer K. Gray
                                         Spencer K. Gray

Culver V. Halliday, (Admitted *Pro Hac Vice*)
culver.halliday@skofirm.com
Spencer K. Gray, (Admitted *Pro Hac Vice*)
spencer.gray@skofirm.com
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
Tel.: (502) 333-6000
Fax: (502) 333-6099

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman, Suite 650
Irvine, CA 92614
Telephone (949) 260-3100

Facsimile (949) 260-3190

Attorneys for The Ambassador Group, LLC
and Brandon M. White

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ Michael F. Ram
Michael F. Ram