# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>    Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br><br>    Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**ORDER SETTING CASE MANAGEMENT DATES** |

# ORDER

For good cause shown, the Court approves and GRANTS the stipulation setting the following Case Management Dates:

| Matter | Time | Date |
|---|---|---|
| Trial date (jury) Estimated length: 5 days | 8:30 a.m. (Tuesdays) | December 6, 2022 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony (if needed for any equitable issues) | | November 28, 2022 |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | November 21, 2022 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | November 14, 2022 |
| Last day for hand−serving Motions in Limine | | October 31, 2022 **[note date change]** |
| Last day for hearing motions | 1:30 p.m. (Mondays) | October 31, 2022 |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | October 3, 2022 |
| Last day to file motion for class certification | | April 29, 2022 |
| Non−expert Discovery cut−off | | April 4, 2022 |
| Expert discovery cut−off | | October 10, 2022 |
| Rebuttal Expert Witness Disclosure | | August 8, 2022 |

| Matter | Time | Date |
|---|---|---|
| Opening Expert Witness Disclosure [*See* F. R. Civ. P. 26(a)(2)] | | July 4 2022 |
| Last day to conduct Settlement Conference | | October 7, 2022 |
| Last day to amend pleadings or add parties | | June 21, 2021 |

**IT IS SO ORDERED**

Dated: April 29, 2021

_____
Hon. James V. Selna
U.S. District Judge