| | |
|---|---|
| 1 | Michael F. Ram (SBN 104805) |
| 2 | mram@forthepeople.com |
| | Marie N. Appel (SBN 187483) |
| 3 | mappel@forthepeople.com |
| 4 | MORGAN & MORGAN |
| | COMPLEX LITIGATION GROUP |
| 5 | 711 Van Ness Avenue, Suite 500 |
| 6 | San Francisco, CA 94102 |
| | Telephone: (415) 358-6913 |
| 7 | Facsimile: (415) 358-6293 |
| 8 | Ra O. Amen (Admitted *Pro Hac Vice*) |
| 9 | Ramen@forthepeople.com |
| | 201 N. Franklin Street, 7th Floor |
| 10 | Tampa, Florida 33602 |
| 11 | Telephone: (813) 223-5505 |
| | [Additional counsel listed on signature page] |
| 12 | *Attorneys for Plaintiffs* |
| 13 | *and the Proposed Class* |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>     Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, et al.<br><br>     Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON DEFENDANTS THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS' AND BRANDON WHITE'S MOTION TO DISMISS**<br><br>Complaint Filed: January 28, 2021 |

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (together, "Ambassador"), through their undersigned counsel, hereby stipulate as follows pursuant to Local Rule 7-1:

WHEREAS, on January 28, 2021 Plaintiff filed its Class Action Complaint (ECF 1) in this action.

WHEREAS, the parties agreed pursuant to the Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3) (ECF 23) filed on March 3, 2021 to extend the response date for Ambassador to and including March 8, 2021.

WHEREAS, on March 8, 2021, Ambassador timely filed their Notice Of Motion And Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer (ECF 24).

WHEREAS, Plaintiff filed its First Amended Complaint (ECF 34) on April 9, 2021 which was ordered by the Court pursuant to the Parties stipulation (ECF 31 and 32).

WHEREAS, on April 23, 2021, Ambassador filed their Notice Of Second Motion And Second Motion To Dismiss For Lack OF Personal Jurisdiction OR, In The Alternative, To Transfer ("MTD") (ECF 41) which is set for hearing on June 7, 2021 ("MTD Hearing").

WHEREAS, on May 4, 2021, Plaintiff served special interrogatories and requests for production of documents relating to personal jurisdiction on Ambassador, whose deadline to respond is June 3, 2021 ("Discovery Response Deadline").

WHEREAS, the Parties hereby stipulate to continue the MTD Hearing until after the Discovery Response Deadline.

WHEREAS, the Parties hereby stipulate and request that the Court continue the MTD Hearing from June 7, 20201 to July 12, 2021 at 1:30 p.m. or as soon thereafter as it can be heard by the Court.  Plaintiff's opposition brief in response to the MTD will be due on June 14, 2021; Ambassador's reply in support of the MTD will be due on June 25,

2021.

WHEREAS, the Parties respectfully submit the following Stipulation and Request for an Order:

## STIPULATION

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court continue the MTD Hearing from June 7, 2021 to July 12, 2021 at 1:30 p.m.  Plaintiff's opposition brief shall be filed no later than June 14, 2021; Ambassador's reply shall be filed no later than June 25, 2021.

A [Proposed] Order is lodged concurrently herewith.

Dated: May 15, 2021

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:      /s/ Michael F. Ram
         Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN AND MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 S. Figueroa Street., Suite 2050

|  |  |
|---|---|
|  | Los Angeles, California, 90017<br>Telephone: (213) 622-6469<br>Facsimile: (213) 622-6019 |
|  | Attorneys for Plaintiffs and the Proposed Class |
| Dated: May 15, 2021 | STOLL KEENON OGDEN PLLC |
| By: | /s/ Spencer K. Gray<br>Spencer K. Gray |
|  | Culver V. Halliday, (Admitted *Pro Hac Vice*)<br>culver.halliday@skofirm.com<br>Spencer K. Gray, (Admitted *Pro Hac Vice*)<br>spencer.gray@skofirm.com<br>STOLL KEENON OGDEN PLLC<br>500 West Jefferson Street, Suite 2000<br>Louisville, Kentucky 40202<br>Tel.: (502) 333-6000<br>Fax: (502) 333-6099 |
|  | Ian R. Feldman (State Bar No. 200308)<br>ifeldman@clausen.com<br>CLAUSEN MILLER P.C.<br>17901 Von Karman, Suite 650<br>Irvine, CA 92614<br>Telephone (949) 260-3100<br>Facsimile (949) 260-3190 |
|  | Attorneys for The Ambassador Group LLC and Brandon M. White |

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

                                      /s/ Michael F. Ram
                                          Michael F. Ram