# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 8:21-CV-00199-JVS-DFM

Plaintiff:
**DEL OBISPO YOUTH BASBALL, INC. D/B/A DANA POINT YOUTH BASEBALL**

vs.

Defendant:
**THE AMBASSADOR GROUP, LLC D/B/A AMBASSADOR CAPTIVE SOLUTIONS**

IST2021002029

For:
Michael Ram
Morgan & Morgan (Tampa)

Received by Tampa Process, LLC on the 26th day of April, 2021 at 3:10 pm to be served on **DOMINIC CYRIL GAGLIARDI, 511 LINDEN AVENUE, GRASS VALLEY, CA 95945**

I, MIKE HYLAN, do hereby affirm that on the **25th day of May, 2021** at **8:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, First Amended Complaint with Exhibit(s) ,Notice to Parties of Court-Directed ADR Program, Initial Order Following Filing of Complaint Assigned Judge Selna and Order Setting Rule 26(f) Scheduling Conference** with the date and hour of service endorsed thereon by me, to: **DOMINIC CYRIL GAGLIARDI** at the address of: **511 LINDEN AVENUE, GRASS VALLEY, CA 95945**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States of America.

Under penalty of perjury, I declare that I heave read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

MIKE HYLAN
Process Server

Tampa Process, LLC
P. O. Box 271986
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2021002029
Ref: 11172484

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1p