**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 So. Figueroa Street, Suite 2050
Los Angeles, California 90017
Telephone:  (213) 622-6469
Facsimile: (213) 622-6019

*Attorneys for Plaintiff and the Proposed Classes*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS,  et al.,<br><br>Defendants. | Case No.: 21-cv-00199 JVS (DFMx)<br>CLASS ACTION<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS THE AMBASSADOR GROUP, LLC AND BRANDON M. WHITE'S SECOND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER**<br><br>**DATE:**   July 12, 2021<br>**TIME:**     1:30 p.m.<br>**COURTROOM:** The Honorable James V. Selna |

DECLARATION OF MARIE N. APPEL     0     Case No.: 21-cv-00199- JVS-DFM

1  I, Marie N. Appel, declare as follows:

2  1. I am an attorney at Morgan & Morgan, Complex Litigation Group and one of the attorneys for Plaintiff and the proposed classes in this case. The matters set forth here are true of my personal knowledge.

3  2. According to the California Secretary of State's web site at https://businesssearch.sos.ca.gov, last accessed June 14, 2021, Defendant The Ambassador Group's agent for service of process is located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

4  3. To gather more information in the face of Defendants' challenge to personal jurisdiction, Plaintiff served jurisdictional discovery on Defendants on May 4, 2021. Defendants served responses on June 2, 2021 that were incomplete and largely factually devoid. Plaintiff is in the process of sending a meet and confer letter and have also requested a meet and confer pursuant to L.R. 37-1.

I declare under penalty of perjury that this declaration is true. Executed at El Cerrito, California, this 14th day of June, 2021.

                                       /s/ Marie N. Appel
                                       Marie N. Appel