# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>THE AMBASSADOR GROUP LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:21–cv–00199–JVS–DFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __6/30/2021__

Document Number(s):   __54__

Title of Document(s):   __Dominic Cyril Gagliardi's Answer to First Amended Complaint__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 1, 2021_          By:  __/s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*__
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS