```
1  Ryan M. Penhallegon, Esq. (SBN 234787)
   rpenhallegon@structurelaw.com
2  Cody A. Brittain, Esq. (SBN 337676)
   cbrittain@structurelaw.com
3  STRUCTURE LAW GROUP, LLP
   1754 Technology Drive, Suite 135
4  San Jose, California 95110
   Telephone: (408) 441-7500
5  Facsimile: (408) 441-7501

6  Attorneys for Defendant
   DOMINIC CYRIL GAGLIARDI
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, *et al.*, <br><br> Defendants. | CASE NO. 8:21-CV-00199-JVS-DFM <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant, DOMINIC CYRIL GAGLIARDI, certifies that there are no known persons, associations of persons, firms, partnerships, and corporations that may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

By: ___/s/ Ryan M. Penhallegon___
Ryan M. Penhallegon, Esq.
Cody A. Brittain, Esq.
Attorneys for Defendant
DOMINIC CYRIL GAGLIARDI