| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** <br> Michael F. Ram (SBN 104805) <br> mram@forthepeople.com <br> Marie N. Appel (SBN 187483) <br> mappel@forthepeople.com <br> 711 Van Ness Avenue, Suite 500 <br> San Francisco, CA 94102 <br> Telephone: (415) 358-6913 <br> Facsimile: (415) 358-6293 <br><br> Ra O. Amen (*Pro Hac Vice*) <br> ramen@forthepeople.com <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> Telephone: (813) 223-5505 <br> Facsimile: (813) 223-5402 | **NELSON & FRAENKEL LLP** <br> Gretchen M. Nelson (SBN 112566) <br> gnelson@nflawfirm.com <br> Gabriel S. Barenfeld (SBN 224146) <br> gbarenfeld@nflawfirm.com <br> 601 S. Figueroa Street., Suite 2050 <br> Los Angeles, California, 90017 <br> Telephone: (213) 622-6469 <br> Facsimile: (213) 622-6019 <br><br> *Counsel for Plaintiff and the Proposed Classes* |

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities, <br><br> Plaintiffs, <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; and DOES 1 through 50, <br><br> Defendants. | Case No.8:21-cv-00199- JVS-DFM <br><br> **STIPULATION ALLOWING PLAINTIFF TO AMEND COMPLAINT AND ADD MARCO SOLOMON GAGLIARDI AS DEFENDANT** <br><br> Judge James V. Selna |

# STIPULATION ALLOWING PLAINTIFF TO AMEND COMPLAINT AND ADD MARCO SOLOMON GAGLIARDI AS DEFENDANT

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC, Brandon M. White, and Dominic Cyril Gagliardi (together, "Defendants"), through their undersigned counsel, hereby stipulate as follows pursuant to Local Rule 7-1:

**WHEREAS** on April 9, 2021, Plaintiff filed its First Amended Complaint ("FAC") (ECF 34) against Defendants The Ambassador Group LLC d/b/a Ambassador Captive Solutions; Performance Insurance Company SPC; Brandon White; Goldenstar Specialty Insurance, LLC; Dominic Cyril Gagliardi; and Does 1 through 50.

**WHEREAS** on April 29, 2021, the Court entered its Order Setting Case Management Dates (ECF 44) setting the last day to amend pleadings or add parties as June 21, 2021.

**WHEREAS** Plaintiff, through its investigation, recently discovered an individual, Mr. Marco Solomon Gagliardi, who Plaintiffs believe is partially or fully responsible for the harms suffered and damages alleged in the FAC.

**WHEREAS** Plaintiff has been diligent in pursuing discovery, investigating additional defendants, and seeking leave to amend the FAC and join Mr. Marco Solomon Gagliardi as a defendant.

**WHEREAS** Defendants will not suffer undue prejudice by granting Plaintiff leave to amend the FAC to add Mr. Marco Solomon Gagliardi as a defendant.

**WHEREAS** good cause exists to allow Plaintiff to amend the FAC to add Mr. Marco Solomon Gagliardi as a defendant.

**WHEREAS** justice requires allowing Plaintiff to amend the FAC to add Mr. Marco Solomon Gagliardi as a defendant.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend and file a Second Amended

STIPULATION ALLOWING PLAINTIFF TO AMEND COMPLAINT       Case No.: 8:21-cv-00199
2

Complaint ("SAC") to add Mr. Marco Solomon Gagliardi as a defendant.

2. Mr. Marco Solomon Gagliardi's responsive pleading shall be due thirty (30) days after the SAC is filed.

DATED: October 25, 2021

By:   */s/ Michael F. Ram*
         Michael F. Ram

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone:  (213) 622-6469
Facsimile: (213) 622-6019 fax

*Counsel for Plaintiff and the Proposed Classes*

1

*/s/ Ryan M. Penhallegon*
**STRUCTURE LAW GROUP, LLP**
Ryan M. Penhallegon, Esq. (SBN 234787)
rpenhallegon@structurelaw.com
Cody A. Brittain, Esq. (SBN 337676)
cbrittain@structurelaw.com
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

*Counsel for Defendant Dominic Cyril Gagliardi*

*/s/ Ian R. Feldman*
**CLAUSEN MILLER P.C.**
Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
17901 Von Karman, Suite 650
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Counsel for Defendants The Ambassador Group, LLC and Brandon M. White*

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Michael F. Ram*
Michael F. Ram

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28