**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>       Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br><br>       Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND COMPLAINT AND ADD MARCO SOLOMON GAGLIARDI AS DEFENDANT** |

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend to file its Second Amended Complaint, a copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant Marco Solomon Gagliardi's responsive pleading shall be due thirty (30) days after the Second Amended Complaint is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: _____          _____
                                        Hon. James V. Selna
                                        U.S. Court District Judge