Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Tami Kay Lee (State Bar No. 224092)
tlee@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone (949) 260-3100 | Facsimile (949) 260-3190

Attorneys for Defendants THE AMBASSADOR
GROUP LLC and BRANDON M. WHITE

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, <br><br> Plaintiff, <br><br> vs. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50, <br><br> Defendants. | Case No. 8:21-cv-00199-JVS-DFM <br><br> **DEFENDANTS THE AMBASSADOR GROUP LLC AND BRANDON M. WHITE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> Complaint Filed: January 28, 2021 <br> Trial:              December 6, 2022 |

Defendants THE AMBASSADOR GROUP LLC and BRANDON M. WHITE (collectively "Defendants"), by and through their attorneys, hereby answer and assert their affirmative defenses to the Second Amended Complaint ("Complaint") filed by Plaintiff DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL ("Plaintiffs"), as follows:

1

1.     Defendants deny the allegations contained in paragraph 1 of the Complaint.

2.     With respect to the allegations in paragraph 2 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 2 of the Complaint.

3.     With respect to the allegations in paragraph 3 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 3 of the Complaint and affirmatively state that this action is improper in any Court and without merit.

4.     With respect to the allegations in paragraph 4 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 4 of the Complaint and affirmatively state that this action is improper in any Court and is without merit.

5.     With respect to the allegations in paragraph 5 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 5 of the Complaint and affirmatively state that this action is improper in any Court and without merit.

6.     Defendants deny the allegations contained in paragraph 6 of the Complaint.

7.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 7 of the Complaint, and therefore deny same.

8.     With respect to the allegations contained in paragraph 8 of the Complaint, Defendants state that The Ambassador Group LLC is a Kentucky limited liability

company with a principal place of business located at 9700 Park Plaza Avenue, Unit 201, Louisville, Kentucky 40241. Defendants deny all of the other allegations contained in paragraph 8.

9.      Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 9 of the Complaint, and therefore deny same.

10.     With respect to the allegations contained in paragraph 10 of the Complaint, Defendants state that Brandon White is a resident of Kentucky.

11.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 11 of the Complaint, and therefore deny same.

12.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 12 of the Complaint, and therefore deny same.

13.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 13 of the Complaint, and therefore deny same.

14.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 14 of the Complaint, and therefore deny same.

15.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 15 of the Complaint, and therefore deny same.

16.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 16 of the Complaint, and therefore deny same.

17.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 17 of the Complaint, and therefore deny same.

18.     Defendants deny the allegations contained in paragraph 18 of the Complaint.

19.     Defendants deny the allegations contained in paragraph 19 of the Complaint.

20.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 20 of the Complaint, and therefore deny same.

21.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 21 of the Complaint, and therefore deny same.

22.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 22 of the Complaint, and therefore deny same.

23.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 23 of the Complaint, and therefore deny same.

24.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 24 of the Complaint, and therefore deny same.

25.     Defendants deny the allegations contained in paragraph 25 of the Complaint.

26.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 26 of the Complaint, and therefore deny same.

27. Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 27 of the Complaint, and therefore deny same.

28. Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 28 of the Complaint, and therefore deny same.

29. Defendants deny the allegations contained in paragraph 29 of the Complaint.

30. With respect to the allegations in paragraph 30 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations contained in paragraph 30 of the Complaint.

31. With respect to the allegations in paragraph 31 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations contained in paragraph 31 of the Complaint.

32. With respect to the allegations in paragraph 32 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations contained in paragraph 32 of the Complaint.

33. With respect to the allegations in paragraph 33 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations contained in paragraph 33 of the Complaint.

34. With respect to the allegations in paragraph 34 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants deny the allegations contained in paragraph 34 of the Complaint.

35.     With respect to the allegations in paragraph 35 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 35 of the Complaint.

36.     With respect to the allegations in paragraph 36 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 36 of the Complaint.

37.     With respect to the allegations in paragraph 37 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 37 of the Complaint as being applicable to these answering Defendants.

38.     With respect to the allegations in paragraph 38 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 38 of the Complaint.

39.     Defendant White admits the allegations contained in paragraph 39 of the Complaint.

40.     With respect to the allegations in paragraph 40 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants admit the allegations contained in paragraph 40 of the Complaint.

41.     With respect to the allegations in paragraph 41 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 41 of the Complaint.

42.     With respect to the allegations in paragraph 42 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 42 of the Complaint on grounds that the referenced "Ex. 1" and "Ex. 2" were not filed with the Complaint at Dkt. 62.

43.     With respect to the allegations in paragraph 43 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 43 of the Complaint on grounds that the referenced "Ex. 1" and "Ex. 2" were not filed with the Complaint at Dkt. 62.

44.     With respect to the allegations in paragraph 44 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 44 of the Complaint on grounds that the referenced "Ex. 1" was not filed with the Complaint at Dkt. 62.

45.     With respect to the allegations in paragraph 45 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 45 of the Complaint on grounds that the referenced "Ex. 1" and "Ex. 2" were not filed with the Complaint at Dkt. 62.

46.     Defendants deny the allegations contained in paragraph 46 of the Complaint and state that the documents referenced are not contained in the Complaint.

47.     Defendants deny the allegations contained in paragraph 47.

48.     Defendants deny the allegations contained in paragraph 48 and further deny on grounds that the referenced "Ex. A" was not filed with the Complaint at Dkt. 62.

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

49.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 49 of the Complaint, and therefore deny same.

50.     With respect to the allegations in paragraph 50 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 50 of the Complaint.

51.     With respect to the allegations in paragraph 51 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 51 of the Complaint and further deny on grounds that the referenced "Ex. A" was not filed with the Complaint at Dkt. 62.

52.     With respect to the allegations in paragraph 52 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 52 of the Complaint.

53.     Defendants deny the allegations contained in paragraph 53 of the Complaint and state that the documents referenced are not contained in the Complaint.

54.     Defendants deny the allegations contained in paragraph 54 of the Complaint and state that the documents referenced are not contained in the Complaint.

55.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 55 of the Complaint, and therefore deny same.

56.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 56 of the Complaint, and therefore deny same.

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

57.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 57 of the Complaint, and therefore deny same.

58.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 58 of the Complaint, and therefore deny same.

59.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 59 of the Complaint, and therefore deny same.

60.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 60 of the Complaint, and therefore deny same.

61.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 61 of the Complaint, and therefore deny same.

62.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 62 of the Complaint, and therefore deny same.

63.     Defendants deny the allegations contained in paragraph 63.

64.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 64 of the Complaint, and therefore deny same.

65.     Defendants deny the allegations contained in paragraph 65.

66.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 66 of the Complaint, and therefore deny same.

67.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 67 of the Complaint, and therefore deny same.

68.     Defendants deny the allegations contained in paragraph 68.

69.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 69 of the Complaint, and therefore deny same.

70.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 70 of the Complaint, and therefore deny same.

71.     Defendants deny the allegations contained in paragraph 71 of the Complaint and state that referenced Ex. O was not filed with the Complaint at Dkt. 62.

72.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 72 of the Complaint, and therefore deny same.

73.     Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 73 of the Complaint, and therefore deny same.

74.     With respect to the allegations in paragraph 74 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 74 of the Complaint and therefore deny same also on the ground that the referenced "Exhibit O" was not filed with the Complaint at Dkt. 62.

75.     With respect to the allegations in paragraph 75 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations contained within paragraph 75 of the Complaint and therefore deny same.

76.    With respect to the allegations in paragraph 76 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 76 of the Complaint and therefore deny same also on the ground that the referenced "Exhibit P" was not filed with the Complaint at Dkt. 62.

77.    With respect to the allegations in paragraph 77 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 77 of the Complaint and therefore deny same also on the ground that the referenced "Exhibit P" was not filed with the Complaint at Dkt. 62.

78.    With respect to the allegations in paragraph 78 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations contained within paragraph 78 of the Complaint and therefore deny same also on the ground that the referenced "Exhibit Q" was not filed with the Complaint at Dkt. 62.

79.    With respect to the allegations in paragraph 79 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants deny the allegations contained in paragraph 79.

80.    With respect to the allegations in paragraph 80 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations contained within paragraph 78 of the Complaint and therefore deny.

81.    With respect to the allegations in paragraph 81 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

82.    With respect to the allegations in paragraph 82 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

83.    With respect to the allegations in paragraph 83 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

84.    With respect to the allegations in paragraph 84 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

85.    With respect to the allegations in paragraph 85 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

86.    With respect to the allegations in paragraph 86 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

87.    With respect to the allegations in paragraph 87 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

88.    With respect to the allegations in paragraph 88 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

89.    With respect to the allegations in paragraph 89of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

90.    With respect to the allegations in paragraph 90 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

91.    With respect to the allegations in paragraph 91 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations and therefore deny.

92. With respect to the allegations in paragraph 92 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

93. With respect to the allegations in paragraph 93 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

94. In response to Paragraph 94 of the Complaint, Defendants re-allege and repeat each of its denials and other responses set forth at Paragraphs 1 through 93 above, as if fully set forth herein.

95. With respect to the allegations in paragraph 95 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

96. With respect to the allegations in paragraph 96 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

97. With respect to the allegations in paragraph 97 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations and therefore deny.

98.   With respect to the allegations in paragraph 98 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

99.   With respect to the allegations in paragraph 99 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

100.   Defendants deny the allegations contained in paragraph 100.

101.   Defendants deny the allegations contained in paragraph 101.

102.   With respect to the allegations in paragraph 102 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

103.   Defendants deny the allegations contained in paragraph 103.

104.   Defendants deny the allegations contained in paragraph 104.

105.   Defendants deny the allegations contained in paragraph 105.

106.   In response to Paragraph 106 of the Complaint, Defendants re-allege and repeat each of its denials and other responses set forth at Paragraphs 1 through 105 above, as if fully set forth herein.

107.   With respect to the allegations in paragraph 107 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations and therefore deny.

108.   Defendants deny the allegations contained in paragraph 108.

109.   Defendants deny the allegations contained in paragraph 109.

110.   With respect to the allegations in paragraph 110 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

111.   With respect to the allegations in paragraph 111 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

112.   In response to Paragraph 112 of the Complaint, Defendants re-allege and repeat each of its denials and other responses set forth at Paragraphs 1 through 111 above, as if fully set forth herein.

113.   Defendants deny the allegations contained in paragraph 113.

114.   Defendants deny the allegations contained in paragraph 114.

115.   Defendants deny the allegations contained in paragraph 115.

116.   Defendants deny the allegations contained in paragraph 116.

117.   Defendants deny the allegations contained in paragraph 117.

118.   With respect to the allegations in paragraph 118 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

119.   In response to Paragraph 119 of the Complaint, Defendants re-allege and repeat each of its denials and other responses set forth at Paragraphs 1 through 118 above, as if fully set forth herein.

120.   With respect to the allegations in paragraph 120 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

121.   Defendants deny the allegations contained in paragraph 121.

122.   Defendants deny the allegations contained in paragraph 122.

123.   Defendants deny the allegations contained in paragraph 123.

124.   Defendants deny the allegations contained in paragraph 124

125.   In response to Paragraph 125 of the Complaint, Defendants re-allege and repeat each of its denials and other responses set forth at Paragraphs 1 through 124 above, as if fully set forth herein.

126.   With respect to the allegations in paragraph 126 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required.  To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

127.   With respect to the allegations in paragraph 127 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

128.   With respect to the allegations in paragraph 128 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or

information sufficient to form a belief about the truth of the allegations and therefore deny.

129. With respect to the allegations in paragraph 129 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

130. With respect to the allegations in paragraph 130 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

131. With respect to the allegations in paragraph 131 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

132. With respect to the allegations in paragraph 132 of the Complaint, Defendants state that the allegations are legal conclusions to which no response is required. To the extent any response is required, Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations and therefore deny.

## **AFFIRMATIVE DEFENSES**

## **FIRST AFFIRMATIVE DEFENSE**

133. Each and every one of the claims alleged in the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

132    Plaintiff's claims and/or recovery are barred and/or limited, by the doctrine of laches because Plaintiff unreasonably delayed before pursuing its alleged rights.

## THIRD AFFIRMATIVE DEFENSE

133.   Plaintiff lacks standing to seek the relief demanded because Plaintiff has not suffered a cognizable injury from the conduct alleged in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

134.   Plaintiff's claims are barred because the harm suffered, if any, was caused by other persons for whose acts or omissions Defendants are not liable.

## FIFTH AFFIRMATIVE DEFENSE

135.   Plaintiff's claims are not ripe for adjudication.

## SIXTH AFFIRMATIVE DEFENSE

136.   Plaintiff's claims and/or recovery are barred, in whole or in part, because Plaintiffs consented to and approved all the acts and omissions about which they now complain.

## SEVENTH AFFIRMATIVE DEFENSE

137.   Plaintiff's request for punitive damages is barred, in whole or in part, on the grounds that an award of punitive damages in this matter would violate the California Constitution and/or the United States Constitution.

## EIGHTH AFFIRMATIVE DEFENSE

138.   If Plaintiff's sustained any damages (which is expressly denied), all or part of the damages alleged in the Complaint were caused by the acts and/or omissions of other persons or entities, including Plaintiff, for whose conduct Defendants are not legally responsible.   Accordingly, any alleged damages are not recoverable from Defendants and must be apportioned or reduced to the extent such damages were caused by others for whom Defendants are not liable.

**NINTH AFFIRMATIVE DEFENSE**

139.   Plaintiff willingly, knowingly and voluntarily assumed each risk and the potential consequences complained of.

**TENTH AFFIRMATIVE DEFENSE**

140.   The Complaint is barred because no act or omission by Defendants actually and/or proximately caused or contributed in any manner to any loss or damage for which Plaintiff seeks recovery.

**ELEVENTH AFFIRMATIVE DEFENSE**

141.   The injuries, losses, and damages allegedly sustained by Plaintiff were proximately caused by unforeseeable intervening and superseding causes and forces beyond the control of Defendants.

**TWELFTH AFFIRMATIVE DEFENSE**

142.   Plaintiff's claims and/or recovery are barred or reduced by Plaintiff's own contributory or comparative fault.

**THIRTEENTH AFFIRMATIVE DEFENSE**

143.   Plaintiffs failed to take reasonable steps to mitigate their alleged damages.

**FOURTEENTH AFFIRMATIVE DEFENSE**

144.   The Complaint and each purported cause of action contained therein fail to state facts sufficient to warrant the imposition of punitive damages against Answering Defendant.

**FIFTEENTH AFFIRMATIVE DEFENSE**

145.   The putative class cannot be certified because there is no ascertainable class.

**SIXTEENTH AFFIRMATIVE DEFENSE**

146.   The putative class cannot be certified because it is not so numerous that joinder of all members would be impracticable.

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2

147.   The putative class cannot be certified because common issues of law and

3

fact do not predominate over the individual issues.

4

## EIGHTEENTH AFFIRMATIVE DEFENSE

5

148.   The putative class cannot be certified because there is no well-defined

6

community of interest or commonality between the questions of law and fact.

7

## NINETEENTH AFFIRMATIVE DEFENSE

8

149.   The putative class cannot be certified because Plaintiff's claims are not

9

typical of those claims of other members of the asserted putative class.

10

## TWENTIETH AFFIRMATIVE DEFENSE

11

150.   The putative class cannot be certified because class action is not superior

12

to other methods of adjudication.

13

## TWENTY-FIRST AFFIRMATIVE DEFENSE

14

151.   The putative class cannot be certified because neither Plaintiff nor its

15

counsel is able to fairly and adequately protect the interests of all members of the

16

putative class.

17

## TWENTY-SECOND AFFIRMATIVE DEFENSE

18

152.   The amount in controversy is less than the jurisdictional minimum per 28

19

U.S. Code Sections 1332(a), 1332(b).

20

## TWENTY-THIRD AFFIRMATIVE DEFENSE

21

153.   Plaintiff failed to name an indispensable party(ies) to the action.

22

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

23

154.   Defendants have not directed, engaged, actively participated in any

24

unlawful, unfair or fraudulent business act.

25

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

26

155.   Plaintiff's First Claim for Relief fails because there was, and is no unlawful

27

enterprise.

28

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

156.   Plaintiff's First Claim for Relief fails because there was not pattern of racketeering as the alleged predicate act(s), which Defendants expressly deny, were discrete, isolated, and unrelated; have ceased and cannot occur in the future; and did not extend over a substantial period of time.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

157.   Each and every claim for relief alleged in the Complaint is barred by the applicable statute of limitations.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

158.   Plaintiff failed to describe its claims for relief with sufficient particularity to permit Defendants to determine all appropriate defenses and, therefore, Defendants expressly reserves his right to amend and/or supplement this Answer with additional defenses when the precise nature of such claims are established or made known more fully.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully requests that this Court enter judgment in their favor and against Plaintiff, as follows:

1.      That Plaintiff take nothing by way of its Complaint;

2.      That Plaintiff's Complaint be dismissed, with prejudice;

3.      That Defendants be awarded their reasonable costs incurred in connection with this action; and

4.      For such other and further relief as this Court deems just and proper.

///

///

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

1

## **<u>JURY TRIAL DEMANDED</u>**

2      Pursuant to Rule 38, Defendants hereby demand a trial by jury on all claims so

3   triable.

4   DATED:  January 6, 2022                    CLAUSEN MILLER P.C.

5

6

7                                             BY:*/s/Ian R. Feldman*
                                                 Ian R. Feldman
8                                                 Tami Kay Lee

9                                              Attorneys for Defendants
10                                             THE AMBASSADOR GROUP LLC
                                              AND BRANDON M. WHITE
11

12   7923326.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO SECOND AMENDED COMPLAINT
8:21-CV-00199-JVS-DFM

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On January 6, 2022, I served the document(s) described below on all interested parties, as follows:

> **DEFENDANTS THE AMBASSADOR GROUP LLC AND BRANDON M. WHITE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

**[X] BY CM/ECF:**  I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

**[ ] BY ELECTRONIC TRANSMISSION ONLY**. Only by emailing the document(s) to the parties in this case, as a PDF attachment to the email addresses list on the attached service list.  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, only upon request.

*[See attached Service List]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Certificate of Service was executed by me on January 6, 2022 in Irvine, California.

*/s/Barbara M. Dorsey*
Barbara M. Dorsey

7170846.1