**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**
Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>       Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; | Case No.: 21-cv-00199-JVS-DFM<br><br>**SECOND AMENDED CLASS ACTION COMPLAINT EXHIBITS**<br><br>**JURY TRIAL DEMANDED**<br><br><br>Judge James V. Selna |

1   BRANDON WHITE; GOLDENSTAR
2   SPECIALTY INSURANCE, LLC;
    DOMINIC CYRIL GAGLIARDI;
3   MARCO SOLOMON GAGLIARDI;
    and DOES 1 through 50,
4

5          Defendants.

6

7   **SECOND AMENDED CLASS ACTION COMPLAINT EXHIBITS**

8

9                              By:      */s/ Michael F. Ram*
10                                       Michael F. Ram

11                             **MORGAN & MORGAN**
12                             **COMPLEX LITIGATION GROUP**
                               Michael F. Ram (SBN 104805)
13                             mram@forthepeople.com
                               Marie N. Appel (SBN 187483)
14                             mappel@forthepeople.com
                               711 Van Ness Avenue, Suite 500
15                             San Francisco, CA 94102
16                             Telephone: (415) 358-6913
                               Facsimile: (415) 358-6923
17

18                             **MORGAN & MORGAN**
19                             **COMPLEX LITIGATION GROUP**
                               Ra O. Amen (*Pro Hac Vice*)
20                             ramen@forthepeople.com
                               201 N. Franklin Street, 7th Floor
21                             Tampa, Florida 33602
22                             Telephone: (813) 223-5505
                               Facsimile: (813) 223-5402
23

24

25                             **NELSON & FRAENKEL LLP**
                               Gretchen M. Nelson (SBN 112566)
26                             gnelson@nflawfirm.com
                               Gabriel S. Barenfeld (SBN 224146)
27                             gbarenfeld@nflawfirm.com
28                             601 S. Figueroa Street., Suite 2050

---

Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019 fax

*Counsel for Plaintiff and the Proposed
Classes*