**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone:  (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Classes*

**CLAUSEN MILLER P.C.**
Ian R. Feldman (SBN 200308)
ifeldman@clausen.com
Tami Kay Lee (SBN 224092)
tlee@clausen.com
27285 Las Ramblas, Suite 200
Mission Viejo, California 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Counsel for The Ambassador Group, LLC
and Brandon M. White*

**STRUCTURE LAW GROUP, LLP**
Ryan M. Penhallegon, Esq. (SBN 234787)
rpenhallegon@structurelaw.com
Cody A. Brittain, Esq. (SBN 337676)
cbrittain@structurelaw.com
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501

*Counsel for Dominic Cyril Gagliardi*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>     Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; | Case No.: 8:21-cv-00199- JVS-DFM<br><br>Honorable James V. Selna<br><br>**JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Action Filed: January 28, 2021<br>Fact Discovery Cut-off Date: April 4, 2022<br>Pretrial Conference Date: November 21, 2022<br>Trial Date: December 6, 2022 |

PERFORMANCE INSURANCE
COMPANY SPC; BRANDON WHITE;
GOLDENSTAR SPECIALTY INSURANCE,
LLC; DOMINIC CYRIL GAGLIARDI;
MARCO SOLOMON GAGLIARDI; and
DOES 1 through 50,

       Defendants.

## JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

Plaintiff Del Obispo Youth Baseball, Inc. D/B/A Dana Point Youth Baseball and Defendants, The Ambassador Group LLC, Brandon M. White, and Dominic C. Gagliardi (collectively, the "Stipulating Parties") jointly file this stipulation to extend the fact discovery deadline for ninety (90) days:

WHEREAS, the Court's October 26, 2021, Order [DE 61, attached as Exhibit A] allowed Plaintiff to amend its complaint and add Marco Solomon Gagliardi as a defendant in this action;

WHEREAS, despite Plaintiff's diligent and repeated attempts to locate and serve Marco Solomon Gagliardi, Plaintiff was unable to do so until February 3, 2022, [DE 70] (*see* Declaration of Ra O. Amen);

WHEREAS, the Stipulating Parties have made progress towards the completion of fact discovery, including exchanging written discovery;

WHEREAS, the Stipulating Parties have been unable to conduct discovery upon Defendant Marco Solomon Gagliardi;

WHEREAS, Defendant Marco Solomon Gagliardi was the alleged Chief Executive Officer of the company at the heart of this litigation and possesses key document and knowledge necessary to advance the litigation;

WHEREAS, the Stipulating Parties have been unable to advance key aspects of the litigation (even as to each other) without discovery upon Defendant Marco Solomon Gagliardi;

WHEREAS, the Court's April 29, 2021, Order [DE 44] set a fact discovery completion date of April 4, 2022;

WHEREAS, the Stipulating Parties have stipulated and agreed to extend the discovery cut-off and pretrial deadlines by ninety (90) days (to July 5, 2022) to complete fact discovery in this action;

WHEREAS, the Court's April 29, 2021, Order [DE 44] set an expert discovery completion date of October 10, 2022;

WHEREAS, the Parties anticipate that the Court's extension of fact discovery will not affect other deadlines set by the Court;

WHEREAS, good cause now exists to allow the Parties to extend the discovery cut-off deadlines

---

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

3

to allow the Parties to fully investigate the claims at issue in this case;

NOW, THEREFORE, the Stipulating Parties request that the Court enter an order extending the fact discovery cut-off by ninety (90) days to July 5, 2022.

STIPULATED AND AGREED TO BY:

DATED: March 16, 2022

By:     */s/ Michael F. Ram*
        Michael F. Ram

        **MORGAN & MORGAN
        COMPLEX LITIGATION GROUP**
        Michael F. Ram (SBN 104805)
        mram@forthepeople.com
        Marie N. Appel (SBN 187483)
        mappel@forthepeople.com
        711 Van Ness Avenue, Suite 500
        San Francisco, CA 94102
        Telephone: (415) 358-6913
        Facsimile: (415) 358-6923

        Ra O. Amen (*Pro Hac Vice*)
        ramen@forthepeople.com
        201 N. Franklin Street, 7th Floor
        Tampa, Florida 33602
        Telephone: (813) 223-5505
        Facsimile: (813) 223-5402

        **NELSON & FRAENKEL LLP**
        Gretchen M. Nelson (SBN 112566)
        gnelson@nflawfirm.com
        Gabriel S. Barenfeld (SBN 224146)
        gbarenfeld@nflawfirm.com
        601 S. Figueroa Street., Suite 2050
        Los Angeles, California, 90017
        Telephone:  (213) 622-6469
        Facsimile: (213) 622-6019 fax

        *Counsel for Plaintiff and the Proposed Classes*
By:     */s/ Ian R. Feldman*
        **CLAUSEN MILLER P.C.**
        Ian R. Feldman (SBN 200308)
        ifeldman@clausen.com
        Tami Kay Lee

JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE

4

tlee@clausen.com
27285 Las Ramblas, Suite 200
Mission Viejo, California 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Counsel for The Ambassador Group, LLC
and Brandon M. White*

By:    */s/ Ryan M. Penhallegon*
       **STRUCTURE LAW GROUP, LLP**
       Ryan M. Penhallegon, Esq. (SBN 234787)
       rpenhallegon@structurelaw.com
       Cody A. Brittain, Esq. (SBN 337676)
       cbrittain@structurelaw.com
       1754 Technology Drive, Suite 135
       San Jose, California 95110
       Telephone: (408) 441-7500
       Facsimile: (408) 441-7501

       *Counsel for Dominic Cyril Gagliardi*