MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Counsel for Plaintiff and the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50,<br><br>Defendants. | Case No.: 21-cv-00199- JVS-DFM<br><br>Honorable James V. Selna<br><br>**DECLARATION OF RA O. AMEN IN SUPPORT OF JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Action Filed: January 28, 2021 |

DECLARATION OF RA O. AMEN

## DECLARATION OF RA O. AMEN

I, Ra O. Amen, declare as follows:

1. I am an attorney with Morgan & Morgan, Complex Litigation Group and one of the counsel for the Plaintiffs and proposed class. I respectfully submit this declaration in support of the Joint Stipulation to Extend Fact Discovery Deadline. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Plaintiff diligently and repeatedly attempted to locate and serve Marco Solomon Gagliardi but was unable to do so until February 3, 2022 [DE 70].

3. Plaintiff ran multiple skip traces in 2021 to locate Marco Solomon Gagliardi and discovered a California residence.

4. Plaintiff attempted service upon Marco Solomon Gagliardi at this California residence on five occasions in November of 2021, with no success, and later also conducted a stake out at this same residence with no success.

5. Towards the end of January, Plaintiff ran an additional skip trace and discovered a Pennsylvania residence under Marco Solomon Gagliardi's name.

6. On February 3, 2022, Plaintiff was able to successful serve Marco Solomon Gagliardi [DE 70].

I declare under penalty of perjury that this declaration is true. Executed at Tampa, Florida, this 16th day of March 2022.

                                               */s/ Ra O. Amen*
                                               Ra O. Amen

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Ra O. Amen (*Pro Hac Vice*)
ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402