# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>　　Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50,<br><br>　　Defendants. | Case No.: 8:21-cv-00199- JVS-DFM<br><br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Action Filed: January 28, 2021 |

# ORDER

For good cause shown, the Court approves and GRANTS the Joint Stipulation to Extend Fact Discovery Deadline:

THEREFORE, the Court extends the fact discovery cut-off by ninety (90) days to July 5, 2022.

**IT IS SO ORDERED**

DATED: _____

                                          Hon. James V. Selna
                                          U.S. Court District Judge