1  **MORGAN & MORGAN**
2  **COMPLEX LITIGATION GROUP**
   Michael F. Ram (SBN 104805)
3  mram@forthepeople.com
   Marie N. Appel (SBN 187483)
4  mappel@forthepeople.com
5  711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102
6  Telephone: (415) 358-6913
   Facsimile: (415) 358-6293
7

8
   Ra O. Amen (*Pro Hac Vice*)
9  ramen@forthepeople.com
   201 N. Franklin Street, 7th Floor
10 Tampa, Florida 33602
   Telephone: (813) 223-5505
11 Facsimile: (813) 223-5402
12

13 *Counsel for Plaintiff and the Proposed Classes*

14

**NELSON & FRAENKEL LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone:  (213) 622-6469
Facsimile: (213) 622-6019

15                 **IN THE UNITED STATES DISTRICT COURT**
16                 **CENTRAL DISTRICT OF CALIFORNIA**
17                        **SOUTHERN DIVISION**
18

| | |
|---|---|
| 19 DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities, | Case No.: 21-cv-00199- JVS-DFM |
| 20 | |
| 21 | Honorable James V. Selna |
| 22 Plaintiff, | **NOTICE OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |
| 23 | |
| 24 v. | |
| 25 | |
| 26 THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| 27 | |
| 28 | |

---

EX PARTE APPLICATION                              Case No.: 21-cv-00199- JVS-DFM

1
2
3
4
5

SPECIALTY INSURANCE, LLC;
DOMINIC CYRIL GAGLIARDI;
MARCO SOLOMON GAGLIARDI;
and DOES 1 through 50,

        Defendants.

Action Filed: January 28, 2021
Fact Discovery Cut-off: July 5, 2022
Pretrial Conference: November 21, 2022
Trial Date: December 6, 2022

6
7    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

8         Plaintiff, pursuant to Local Rule 7-19, respectfully submit this *Ex Parte*
9  Application for an order shortening time to hear Plaintiff's Motion to Extend Deadline
10 for Filing Class Certification Motion. Good cause exists to hear this motion on shortened
11 time because Plaintiff has been unable to commence discovery against one of the key
12 Defendants, Marco Solomon Gagliardi, because Plaintiff was unable to effect service on
13 him until February 3, 2022.  Plaintiff has thus been unable to obtain discovery to
14 prosecute its case, including obtaining needed information for its class certification
15 motion. The parties in this case stipulated to continue the fact discovery deadline to July
16 5, 2022, but Plaintiff learned in early April that Defendants refuse to stipulate to continue
17 the class certification motion deadline such that Plaintiff is now required to file a motion
18 to continue the class certification deadline.

19        Good cause exists to hear Plaintiff's motion to extend the class certification
20 deadline on shortened time because Plaintiff is filing its motion to continue on April 6,
21 2020, and the earliest it would be heard is May 2, 2022.  This means that Plaintiff's
22 motion would not be heard until *after* the deadline to file the class certification motion.
23 Accordingly, Plaintiff requests an order shortening the time on the motion to extend the
24 class certification deadline because having such an order would moot the need to file the
25 motion under the normal notice periods. Plaintiff would suffer irreparable harm as it
26 would be required to submit its motion for class certification by the current deadline,
27 without sufficient information. Hearing the motion to continue on shortened time does
28 not result in prejudice to Defendants and will conserve resources for all parties.

EX PARTE APPLICATION                                    Case No.: 21-cv-00199- JVS-DFM

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

Good cause exists to hear this motion on shortened time for the following reasons:

On October 26, 2021, this Court allowed Plaintiff to file a Second Amended Class Action Complaint adding Defendant Marco Solomon Gagliardi. (DE 61.) On October 26, 2021, Plaintiff filed its Second Amended Class Action Complaint (the "SAC") adding Defendant Marco Solomon Gagliardi. (DE 62.) On March 16, 2022, the Parties submitted their Joint Stipulation to Extend Fact Discovery Deadline noting their inability "to advance key aspects of the litigation" without joining "Defendant Marco Solomon Gagliardi[, who] was the alleged Chief Executive Officer of the company at the heart of this litigation and possesses key document and knowledge necessary to advance the litigation." (DE 71.) (Despite numerous attempts at service, including a stakeout, Mr. Marco Solomon Gagliardi had only recently been served on February 3, 2022. (DE 71).) On March 17, 2022, this Court granted the Parties' Joint Stipulation to Extend Fact Discovery Deadline extending said deadline by ninety (90) days to July 5, 2022. (DE 72.)

The "key aspects of the litigation" which the Parties have not been able to advance include issues around class certification. *See* Declaration of Ra O. Amen, ¶¶ 8-11. Mr. Marco Solomon Gagliardi, however, failed to answer or defend in the litigation in any way. (DEs 73 & 76.) Because of Mr. Marco Solomon Gagliardi's failure to defend, the Parties have been unable to seek discovery regarding class certification from him. *See* Declaration of Ra O. Amen at ¶¶ 8-11. Accordingly, Plaintiff requested an entry of a default against Mr. Marco Solomon Gagliardi on March 31, 2022, and April 4, 2022. (DEs 73 & 76.) Similarly, Plaintiffs are also required to request an extension of the deadline to file a motion for class certification (Attached as Exhibit A).

If the motion for an extension of the deadline to file a motion for class certification were to proceed by noticed motion, the earliest it would be heard is May 2, 2022, after the current April 29, 2022, deadline to file a motion for class certification (DE 44). This means that the parties would expend time, money, and resources on a motion that would

potentially be unnecessary if the motion for an extension of the deadline to file a motion for class certification were granted. Accordingly, Plaintiffs are requesting the present application to conserve resources and prevent the prejudice of expending needless resources. *See Mission Power Engineering Co. v. Continental Cas. Co*., 883 F. Supp. 488, 492 (C.D. Cal. 1995) (*Ex parte* relief may be granted when a party will be prejudiced by hearing a matter on full notice and when the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect.); *In re Cathode Ray Tube (CRT) Antitrust Litig*., No. C-07-5944-SC, 2014 WL 5462496, at *9 (N.D. Cal. Oct. 23, 2014) (courts have "previously observed that centering the good cause analysis on the moving party's diligence prevents parties from profiting from carelessness, unreasonability, or gamesmanship").

Plaintiffs propose the following schedule to hear the underlying motion:

1. Defendants' oppositions to be filed and served on April 13, 2022, by 5:00 p.m.;

2. Plaintiffs' reply to be filed and served on April 15, 2022, by 5:00 p.m.;

3. The motion shall be submitted on the briefs."

## CONCLUSION

For the reasons stated above, Plaintiffs respectfully request that the Court grant this application in its entirety and issue the Proposed Order.

From April 1, 2022, to April 4, 2022, the Parties met and conferred regarding the potential motion for an extension of the deadline to file a motion for class certification. *Id.* at ¶ 12. On the April 5, 2022, Plaintiffs contacted counsel for Defendants to notify Defendants of this application and Defendants noted that they planned to oppose the application. *Id.* at ¶ 13.

Pursuant to Local Rule 7-19, Plaintiff lists the contact information for counsel for the opposing parties:

EX PARTE APPLICATION

Case No.: 21-cv-00199- JVS-DFM

3

**CLAUSEN MILLER P.C.**
Ian R. Feldman (SBN 200308)
ifeldman@clausen.com
Tami Kay Lee (SBN 224092)
tlee@clausen.com
27285 Las Ramblas, Suite 200
Mission Viejo, California 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190
*Counsel for The Ambassador Group,*
*LLC*
*and Brandon M. White*

Marco Solomon Gagliardi
1512 Spruce St, Apt. 2305
Philadelphia, PA 19102
*Pro Se Defendant*

**STRUCTURE LAW GROUP, LLP**
Ryan M. Penhallegon, Esq. (SBN 234787)
rpenhallegon@structurelaw.com
Cody A. Brittain, Esq. (SBN 337676)
cbrittain@structurelaw.com
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501
*Counsel for Dominic Cyril Gagliardi*

DATED: April 6, 2022

By:    */s/ Michael F. Ram*
       Michael F. Ram

       **MORGAN & MORGAN**
       **COMPLEX LITIGATION GROUP**
       Michael F. Ram (SBN 104805)
       mram@forthepeople.com
       Marie N. Appel (SBN 187483)
       mappel@forthepeople.com
       711 Van Ness Avenue, Suite 500
       San Francisco, CA 94102
       Telephone: (415) 358-6913
       Facsimile: (415) 358-6923

       Ra O. Amen (*Pro Hac Vice*)
       ramen@forthepeople.com
       201 N. Franklin Street, 7th Floor
       Tampa, Florida 33602
       Telephone: (813) 223-5505
       Facsimile: (813) 223-5402

1

2

3

## **CERTIFICATE OF SERVICE**

4

        The undersigned certifies that, on April 6, 2022, the foregoing NOTICE OF EX

5

PARTE APPLICATION FOR ORDER SHORTENING TIME FOR PLAINTIFF'S

6

MOTION TO EXTEND DEADLINE FOR FILING CLASS CERTIFICATION

7

MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT was

8

filed electronically.  Pursuant to Fed. R. Civ. P. 5, the following counsel of record will be

9

served by electronic mail on this same date: Ian R. Feldman, ifeldman@clausen.com;

10

Tami Kay Lee, tlee@clausen.com; Ryan M. Penhallegon,

11

rpenhallegon@structurelaw.com; Cody A. Brittain, cbrittain@structurelaw.com.

12

Defendant, Marco Solomon Gagliardi, will be served via U.S. Mail at the address of his

13

prior service of the Class Action Complaint, 1512 Spruce Street, Apt. 2305, in

14

Philadelphia, PA 19102.

15

16

                                        */s/ Michael F. Ram*

17

                                        Michael F. Ram

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION                                    Case No.: 21-cv-00199- JVS-DFM