# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>    Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 8:21-cv-00199- JVS-DFM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |

## ORDER

For good cause shown, the Court approves and GRANTS Plaintiff's *Ex Parte* Application for Order Shortening Time for Plaintiff's Motion to Extend Deadline for Filing Class Certification Motion:

THEREFORE, the Court will hear the underlying motion, Plaintiff's Motion to Extend Deadline for Filing Class Certification Motion (filed concurrently with Plaintiff's *Ex Parte* Application) on an expedited basis. Further, the Court orders that:

1.   Defendants' oppositions are to be filed and served on April 13, 2022 by 5:00 p.m.;

2.   Plaintiffs' reply is to be filed and served on April 15, 2022 by 5:00 p.m.; and

3.   The motion shall be heard on the briefs alone.

**IT IS SO ORDERED**

DATED: April 07, 2022

Hon. James V. Selna
U.S. Court District Judge