1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities, <br><br> Plaintiffs, <br><br> v. <br><br> THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50, <br><br> Defendants. | Case No.: 8:21-cv-00199-JVS-DFM <br><br> **[PROPOSED] ORDER SETTING CASE MANAGEMENT DATES** |

# ORDER

For good cause shown, the Court approves and GRANTS the stipulation setting the following Case Management Dates:

| Matter | Time | Date |
|---|---|---|
| Last day to amend pleadings or add parties | | 01-Aug-22 |
| Non−expert Discovery cut−off | | 04-Apr-23 |
| Last day to file motion for class certification | | 01-May-23 |
| Opening Expert Witness Disclosure [See Fed. R. Civ. P. 26(a)(2)] | | 04-Jul-23 |
| Rebuttal Expert Witness Disclosure | | 08-Aug-23 |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | 03-Oct-23 |
| Last day to conduct Settlement Conference | | 06-Oct-23 |
| Expert discovery cut−off | | 10-Oct-23 |
| Last day for hand−serving Motions in Limine | | 31-Oct-23 |
| Last day for hearing motions | 1:30 p.m. (Mondays) | 30-Oct-23 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | 14-Nov-23 |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed−to Statement of Case | 11:00 a.m. (Mondays) | 20-Nov-23 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony (if needed for any equitable issues) | | 28-Nov-23 |

| Matter | Time | Date |
|---|---|---|
| Trial date (jury) Estimated length: 5 days | 8:30 a.m. (Tuesdays) | 05-Dec-23 |

**IT IS SO ORDERED**

Dated: _____                     _____
                                        Hon. James V. Selna
                                        U.S. Court District Judge