# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br><br>　　Defendants. | Case No.: 8:21-cv-00199-JVS-DFM<br><br>**[PROPOSED] ORDER SETTING CASE MANAGEMENT DATES** |

# ORDER

For good cause shown, the Court approves and GRANTS the stipulation setting the following Case Management Dates:

| Matter | Time | Date (ECF 44, unless otherwise noted) | Proposed Date |
|---|---|---|---|
| Last day to amend pleadings or add parties | | 21-Jun-21 | 21-June-22 |
| Non−expert Discovery cut−off | | 05-Jul-22 (ECF 72) | 30-Jan-23 |
| Opening Expert Witness Disclosure [See F. R. Civ. P. 26(a)(2)] | | 04-Jul-22 | 06-Mar-23 |
| Rebuttal Expert Witness Disclosure | | 8-Aug-22 | 07-Apr-23 |
| Last day to file motion for class certification | | 01-Sep-22 (ECF 87) | 01-Sep-22 |
| Last day for hand−serving motions and filing (other than Motions in Limine). | | 3-Oct-22 | 08-May-23 |
| Last day to conduct Settlement Conference | | 7-Oct-22 | 01-March-23 |
| Expert discovery cut−off | | 10-Oct-22 | 08-May-23 |
| Last day for hand−serving Motions in Limine | | 31-Oct-22 | 30-Jun-23 |
| Last day for hearing motions | 1:30 p.m. (Mondays) | 31-Oct-22 | 26-Jun-23 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | 14-Nov-22 | 14-Jun-23 |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File | 11:00 a.m. (Mondays) | 21-Nov-22 | 24-Jul-23 |

| Matter | Time | Date (ECF 44, unless otherwise noted) | Proposed Date |
|---|---|---|---|
| Proposed *Voir Dire* Qs and Agreed-to Statement of Case | | | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony (if needed for any equitable issues) | | 28-Nov-22 | 28-Jul-23 |
| Trial date (jury) Estimated length: five days | 8:30 a.m. (Tuesdays) | 6-Dec-22 | 08-Aug-23 |

**IT IS SO ORDERED**

Dated: _____                    _____
                                          Hon. James V. Selna
                                          U.S. Court District Judge