

Case: 8:21cv0199  Doc: 89

Dominic Cyril Gagliardi
109 South 13th Street   117B
Philadelphia, PA 19107

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33838346@cacd.uscourts.gov>Subject:Activity in Case 8:21-cv-00199-JVS-DFM Del Obispo Youth Baseball, Inc. v. The Ambassador Group LLC et al Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/29/2022 at 1:03 PM PDT and filed on 4/29/2022

| | |
|---|---|
| **Case Name:** | Del Obispo Youth Baseball, Inc. v. The Ambassador Group LLC et al |
| **Case Number:** | 8:21-cv-00199-JVS-DFM |
| **Filer:** | |
| **Document Number:** | 89 |

**Docket Text:**
ORDER DENIED BY ORDER OF THE COURT by Judge James V. Selna, Denying Stipulation to Reset Case Management Dates. [88] See Order for details. (es)

**8:21-cv-00199-JVS-DFM Notice has been electronically mailed to:**
Marie Noel Appel    jbmiller@forthepeople.com, tsakani@forthepeople.com, mappel@forthepeople.com
Gabriel Barenfeld    pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com, fileandcalendar@nflawfirm.com
Tami Kay Lee    bdorsey@clausen.com, tlee@clausen.com, mgenova@clausen.com
Ian R Feldman    bdorsey@clausen.com, ifeldman@clausen.com
Gretchen M Nelson    pdavis@nflawfirm.com, mlevin@nflawfirm.com, gnelson@nflawfirm.com, ktorres@nflawfirm.com, fileandcalendar@nflawfirm.com
Michael F Ram    jbmiller@forthepeople.com, jcabezas@forthepeople.com, mram@forthepeople.com, tsakani@forthepeople.com, mappel@forthepeople.com
Ra O. Amen    ramen@forthepeople.com
**8:21-cv-00199-JVS-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Dominic Cyril Gagliardi
109 South 13th Street 117B
Philadelphia PA 19107
US