FILED
CLERK, U.S. DISTRICT COURT

June 28, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SHERILYN PEACE GARNETT | ORDER OF THE CHIEF JUDGE<br><br>**22-144** |

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sherilyn Peace Garnett,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge James V. Selna to the calendar of Judge Sherilyn Peace Garnett:

| | |
|---|---|
| 2:21-cv-02251-JVS-JC | Rafael Elislo Max v. Theresa Cisneros |
| 8:20-cv-01833-JVS-JDEx | Gabriela Guillen v. Costco Wholesale Corporation, et al. |
| 8:20-cv-01857-JVS-JEMx | Newport-Mesa Unified School District v. D. A., et al. |
| 8:21-cv-00199-JVS-DFMx | Del Obispo Youth Baseball, Inc. v. The Ambassador Group LLC, et al. |
| 8:21-cv-01141-JVS-KESx | V Star Seafood, Inc. v. Mazzetta Company, LLC |
| 8:21-cv-01399-JVS-KESx | Anthony Wheeler v. County of Orange, et al. |
| 8:21-cv-01437-JVS-ADSx | National Union Fire Insurance Company of Pittsburgh, PA. v. Kimo Macias |
| 8:21-cv-01610-JVS-DFMx | Securities and Exchange Commission v. Ron K. Harrison, et al. |
| 8:21-cv-02114-JVS-DFMx | 360 Destination Group Florida, LLC v. 360 DG, LLC, et al. |
| 8:22-cv-00202-JVS-JPR | Brandon Leon Bibbs v. M. Meiser |
| 8:22-cv-00801-JVS-JDEx | Bundoo Khan USA LLC v. Omars Chicken n Waffles, LLC |

In the Matter of the
Creation of Calendar for
District Judge Sherilyn Peace Garnett                                                                2
_____

    8:22-cv-00809-JVS-ADSx    Sperry Commercial, Inc., et al. v. American Home Assurance Company, et al.

    8:22-cv-00949-JVS-ADSx    Range 2 Poke LLC, et al. v. LemonShark Franchising LLC, et al.

    8:22-cv-00981-JVS-KESx    United States of America v. Approximately 40.997711 Ethereum Digital Currency

    On all documents subsequently filed in the case, please substitute the Judge initials SPG after the case number in place of the initials of the prior Judge.

DATED: June 28, 2022                                        _____
                                                                   Chief Judge Philip S. Gutierrez