# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Del Obispo Youth Baseball, Inc.<br><br>PLAINTIFF(S)<br>v.<br>The Ambassador Group LLC et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:21-cv-00199-SPG-DFM<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)

Failure to comply with Local Rule 7-4 Motions; hearing information missing and untimely.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Motion for Class Certification | 9/1/2022 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

9/2/2022
Date

United States District Judge