Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>        Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC GAGLIARDI; and DOES 1 through 50,<br><br>        Defendants. | Case No.: 8:21-cv-00199-SPG-DFM<br><br>Hon. Sherilyn Peace Garnett<br><br>**PLAINTIFF'S NOTICE OF AMENDED MOTION FOR RELIEF UNDER FED. R. CIV. PROC. 6(B) TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: January 28, 2021<br><br>Hearing Date: November 16, 2022<br>Time: 1:30 p.m.<br>Location: First Street Courthouse, 350 West 1st Street, Courtroom 5C |

1     TO THE CLERK OF COURT, DEFENDANTS, AND THEIR ATTORNEYS OF
2  RECORD:
3     PLEASE TAKE NOTICE that on November 16, 2022, at 1:30 p.m. before the
4  Honorable Sherilyn Peace Garnett in Courtroom 5C in the above Court located at 411 West
5  Fourth Street, Santa Ana, California 92701, Plaintiff Del Obispo Youth Baseball, Inc. d/b/a
6  Dana Point Youth Baseball will move the Court for a Motion Under Fed. R. Civ. Proc. 6(b)
7  to Extend Deadline to File Motion for Class Certification.
8     Pursuant to L.R. 7-3, Plaintiff conferred with opposing counsel on September 6,
9  2022, regarding avoiding this amended motion by filing a stipulation to extend the deadline
10 to file a motion for class certification. Opposing counsel declined to stipulate.

Dated: September 13, 2022             Respectfully submitted,

                              By:   */s/ Michael F. Ram*
                                    Michael F. Ram

                                    MORGAN & MORGAN
                                    COMPLEX LITIGATION GROUP
                                    Michael F. Ram (SBN 104805)
                                    mram@forthepeople.com
                                    Marie N. Appel (SBN 187483)
                                    mappel@forthepeople.com
                                    711 Van Ness Avenue, Suite 500
                                    San Francisco, CA 94102
                                    Telephone: (415) 358-6913
                                    Facsimile: (415) 358-6293

                                    Ra O. Amen (Pro Hac Vice)
                                    ramen@forthepeople.com
                                    201 N. Franklin Street, 7th Floor
                                    Tampa, Florida 33602
                                    Telephone: (813) 223-5505
                                    Facsimile: (813) 223-5402

                                    Gretchen M. Nelson (SBN 112566)

NOTICE OF AMENDED MOTION FOR RELIEF          No. 8:21-cv-00199-SPG-DFM
                                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Class*

NOTICE OF AMENDED MOTION FOR RELIEF         No. 8:21-cv-00199-SPG-DFM
2