# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>    Plaintiffs,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC GAGLIARDI; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 8:21-cv-00199-SPG-DFM<br><br>Hon. Sherilyn Peace Garnett<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFF'S AMENDED MOTION FOR RELIEF UNDER FED. R. CIV. PROC. 6(B) TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: January 28, 2021<br><br>Hearing Date: November 16, 2022<br>Time: 1:30 p.m.<br>Location: First Street Courthouse, 350 West 1st Street, Courtroom 5C |

[PROPOSED ORDER] GRANTING PLAINTIFF'S AMENDED MOTION FOR RELIEF        No. 8:21-cv-00199-SPG-DFM

The Court having read and considered the amended motion of Plaintiff for relief under Fed. R. Civ. P. 6(b) to Extend Deadline to File Motion for Class Certification, and having considered all documents filed in support of and in opposition to the motion, and good cause appearing therefore, the Court hereby rules as follows:

The deadline for Plaintiff's Motion for Class Certification is extended to September 7, 2022, and Plaintiff's Motion for Class Certification is deemed filed as of September 7, 2022.

**IT IS SO ORDERED.**

DATED: _____        _____
                                Honorable Sherilyn Peace Garnett
                                United States Magistrate Judge

[PROPOSED ORDER] GRANTING                    No. 8:21-cv-00199-SPG-DFM
PLAINTIFF'S AMENDED MOTION FOR RELIEF

1