Ian R. Feldman (SBN 200308)
ifeldman@clausen.com
Tami Kay Lee (SBN 224092)
tlee@clausen.com
CLAUSEN MILLER P.C.
Telephone (949) 260-3100
Facsimile (949) 260-3190

Attorneys for The Ambassador Group, LLC and Brandon M. White

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>Plaintiff,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50,<br><br>Defendants. | Case No. 8:21-cv-00199-SPG-DFM<br><br>**STIPULATION TO CONTINUE THE NOVEMBER 16, 2022 HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DKT. 98]; DECLARATION OF TAMI KAY LEE; [PROPOSED] ORDER**<br><br>Complaint Filed:  January 28, 2021<br>Trial:                    August 23, 2023 |

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (collectively "Ambassador", and Ambassador together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate to continue Plaintiff's Motion for Class Certification [Dkt. 98] from November 16, 2022 to February 1, 2023, with a new briefing schedule based on and consistent with the Court's Standing Order as follows:

1  Defendants' opposition will be due December 28, 2022;

2  Plaintiff's reply will be due on January 11, 2023; and

3  The hearing is set for Wednesday, February 1, 2023, at 1:30 p.m. (PDT).

GOOD CAUSE supports the stipulation to continue the hearing on Plaintiff's Motion for Class Certification. Ambassador claims there are a number of discovery issues still pending and to be resolved by the Magistrate, as needed, and depositions to be completed for Ambassador to provide a proper opposition. Although the Parties disagree on certain of the discovery issues, Plaintiff is agreeable to a brief continuance to allow Ambassador to seek such discovery and provide for additional time for briefing for both Parties. This stipulation will moot Ambassador's pending *Ex Parte* Application [Dkt. 103] upon the Court entering into order this stipulation. No prior request to continue the currently scheduled November 16, 2022 hearing on Plaintiff's Motion for Class Certification has been made by any party.

## **STIPULATION**

GOOD CAUSE appearing and subject to the Court's approval, the parties stipulate to continue the hearing on Plaintiff's Motion for Class Certification as follows:

Defendants' opposition will be due December 28, 2022;

Plaintiff's reply will be due on January 11, 2023; and

The hearing is set for Wednesday, February 1, 2023, at 1:30 p.m. (PDT).

A [Proposed] Order is lodged concurrently herewith.

///

///

**SO STIPULATED**.

Dated: October 11, 2022

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:     /s/*Ra O. Amen*
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN AND MORGAN
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Attorneys for Plaintiffs and the Proposed Class

| | | |
|---|---|---|
| 1 | Dated: October 11, 2022 | CLAUSEN MILLER P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:/s/Tami Kay Lee |
| | | Ian R. Feldman (SBN 200308) |
| 5 | | ifeldman@clausen.com |
| 6 | | Tami Kay Lee (SBN 224092) |
| | | tlee@clausen.com |
| 7 | | CLAUSEN MILLER P.C. |
| 8 | | Telephone (949) 260-3100 |
| | | Facsimile (949) 260-3190 |
| 9 | | |
| 10 | | Attorneys for The Ambassador Group, LLC and Brandon M. White |