Case: 8:21cv199   Doc: 96

Dominic Cyril Gagliardi
109 South 13th Street    117B
Philadelphia, PA 19107

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
09/06/2022
US POSTAGE $001.44⁰





NIXIE   157   5E 1   0209/26/22

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 90012333299   2099N269111-01125



RECEIVED
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 4 2022
BY DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 3 2022
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2022
CENTRAL DISTRICT OF CALIFORNIA
BY KM DEPUTY

undeliverable

SPG