Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

*Counsel for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL,<br><br>Plaintiff,<br><br>vs.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI; MARCO SOLOMON GAGLIARDI; and DOES 1 through 50,<br><br>Defendants. | Case No. 8:21-cv-00199-SPG-DFM<br><br>**JOINT STIPULATION TO CONTINUE THE NOVEMBER 16, 2022, HEARING ON PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CIV. PROC. 6(b) TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: January 28, 2021<br>Trial Date:         August 23, 2023 |

Plaintiff, Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball, and Defendants, The Ambassador Group LLC, and Brandon M. White, through their undersigned counsel, hereby stipulate to continue Plaintiff's Motion for Relief Under Fed. R. Civ. Proc. 6(b) to Extend Deadline to File Motion for Class Certification [Dkt. 102] from November 16, 2022, to February 1, 2023.

GOOD CAUSE supports the stipulation to continue the hearing on Plaintiff's Motion for Relief. The Parties have agreed to participate in mediation scheduled for November 28, 2022, before the Hon. Gail Adler (Ret.). The Parties stipulate to this continuance to conserve the resources of both the Court and the Parties. No prior request to continue the currently scheduled November 16, 2022, hearing on Plaintiff's Motion for Relief has been made by any party.

## STIPULATION

GOOD CAUSE appearing and subject to the Court's approval, the parties stipulate to continue the hearing on Plaintiff's Motion for Relief from November 16, 2022, to February 1, 2023.

A [Proposed] Order is lodged concurrently herewith.

**SO STIPULATED**.

Dated: November 10, 2022

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By:   */s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

|   |   |
|---|---|
| 1 | |
| 2 | Ra O. Amen (Admitted *Pro Hac Vice*) |
|   | Ramen@forthepeople.com |
| 3 | 201 N. Franklin Street, 7th Floor |
|   | Tampa, Florida 33602 |
| 4 | Telephone: (813) 223-5505 |
| 5 | Facsimile: (813) 223-5402 |

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiffs and the Proposed Class*

Dated: November 10, 2022        CLAUSEN MILLER P.C.

By:   */s/ Tami Kay Lee*
Ian R. Feldman (SBN 200308)
ifeldman@clausen.com
Tami Kay Lee (SBN 224092)
tlee@clausen.com
CLAUSEN MILLER P.C.
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Counsel for Defendants, The Ambassador Group, LLC and Brandon M. White*

2
JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR RELIEF    CASE NO. 8:21-CV-00199