Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone:  (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Classes*

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Tami Kay Lee (State Bar No. 224092)
tlee@clausen.com
**CLAUSEN MILLER P.C.**
27285 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190

*Counsel for The Ambassador Group, LLC and Brandon M. White*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>Plaintiff, | Case No.: 8:21-cv-00199-JVS-DFM<br>**CLASS ACTION**<br><br>**STIPULATION AND PROPOSED ORDER FOR ORDER CONTINUING HEARING DATES ON PLAINTIFF'S MOTION FOR** |

| | |
|---|---|
| v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br><br>    Defendants. | **CLASS CERTIFICATION AND MOTION FOR RELIEF**<br><br>Complaint Filed: January 28, 2021 |

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (together, "Ambassador," and Ambassador together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 11, 2022, this Court continued the hearing on Plaintiff's Motion for Class Certification [Dkts. 97, 98] from November 16, 2022, to February 1, 2023. [Dkt. 107.]

WHEREAS, on November 14, 2022, this Court continued the hearing on Plaintiff's Motion for Relief Under Fed. R. Civ. Proc. 6(b) to Extend Deadline to File Motion for Class Certification [Dkt. 102] from November 16, 2022, to February 1, 2023. [Dkt. 111.]

WHEREAS, on December 7, 2022, the Parties engaged in mediation, the results of which were fruitful.

WHEREAS, after said mediation, the Parties have diligently worked towards finalizing a memorandum of understanding but require additional time to do so.

WHEREAS, the Parties expect to reach a settlement—based off of said mediation efforts—as to all claims between themselves but require additional time to do so.

WHEREAS, in light of the foregoing and in the interests of judicial economy, the Parties respectfully request that the Court continue the hearing dates on Plaintiff's Motion

for Class Certification [Dkts. 97, 98] and Plaintiff's Motion for Relief Under Fed. R. Civ. Proc. 6(b) to Extend Deadline to File Motion for Class Certification [Dkt. 102] from February 1, 2023 to April 5, 2023.

## STIPULATION

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court continue the hearing dates on Plaintiff's Motion for Class Certification [Dkts. 97, 98] and Plaintiff's Motion for Relief Under Fed. R. Civ. Proc. 6(b) to Extend Deadline to File Motion for Class Certification [Dkt. 102] from February 1, 2023 to April 5, 2023.

A [Proposed] Order is lodged concurrently herewith.

Dated: January 19, 2023

By:   */s/ Michael F. Ram*
           Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor

|   |   |
|---|---|
|   | Tampa, Florida 33602 |
|   | Telephone: (813) 223-5505 |
|   | Facsimile: (813) 223-5402 |
|   |   |
|   | Gretchen M. Nelson (SBN 112566) |
|   | gnelson@nflawfirm.com |
|   | Gabriel S. Barenfeld (SBN 224146) |
|   | gbarenfeld@nflawfirm.com |
|   | **NELSON & FRAENKEL LLP** |
|   | 601 S. Figueroa Street., Suite 2050 |
|   | Los Angeles, California, 90017 |
|   | Telephone: (213) 622-6469 |
|   | Facsimile: (213) 622-6019 |
|   |   |
|   | Counsel for Plaintiff and the Proposed Class |

Dated: January 19, 2023

By:     */s/ Ian R. Feldman*
        Ian R. Feldman

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Tami Kay Lee (State Bar No. 224092)
tlee@clausen.com
**CLAUSEN MILLER P.C.**
27285 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190

Counsel for The Ambassador Group, LLC and Brandon M. White

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Michael F. Ram*
Michael F. Ram

STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATES          4                           No. 8:21-cv-00199-JVS-DFM