| | |
|---|---|
| Michael F. Ram (SBN 104805) | Ian R. Feldman (State Bar No. 200308) |
| mram@forthepeople.com | ifeldman@clausen.com |
| Marie N. Appel (SBN 187483) | Tami Kay Lee (State Bar No. 224092) |
| mappel@forthepeople.com | tlee@clausen.com |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **CLAUSEN MILLER P.C.** |
| 711 Van Ness Avenue, Suite 500 | 27285 Las Ramblas, Ste. 200 |
| San Francisco, CA 94102 | Mission Viejo, CA 92691 |
| Telephone: (415) 358-6913 | Telephone (949) 260-3100 |
| Facsimile: (415) 358-6293 | Facsimile (949) 260-3190 |

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

*Counsel for The Ambassador Group, LLC and Brandon M. White*

*Counsel for Plaintiff and the Proposed Classes*
*[Additional Counsel in Signature page]*

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>           Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br>           Defendants. | Case No.: 8:21-cv-00199-SPG-DFM<br><br>Hon. Sherilyn Peace Garnett<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR ORDER STAYING PROCEEDINGS**<br><br>Complaint Filed: January 28, 2021 |

Plaintiff Del Obispo Youth Baseball, Inc. d/b/a Dana Point Youth Baseball ("Plaintiff") and Defendants The Ambassador Group LLC and Brandon M. White (together, "Ambassador," and Ambassador together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, while Ambassador denies all liability, in the interest of avoiding the time, expense, and uncertainty of continued litigation, the Parties have executed a Settlement Agreement containing the essential terms of a class settlement that, if approved by this Court, will fully resolve all claims brought by Plaintiff against Ambassador in this action.

WHEREAS, Ambassador are the only Defendants who are actively litigating this Action.

WHEREAS, numerous other Defendants are either in default, bankruptcy, or liquidation proceedings.

WHEREAS, in light of the foregoing, the Parties submit that staying all non-settlement related proceedings in this litigation, including all pending motions and objections and any rulings thereon, would be in the interest of judicial efficiency and conserve the resources of the Court and the Parties. The Parties further submit that the proposed stay will not prejudice any party and, in fact, would avoid prejudice to the Parties.

## STIPULATION

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court enter an Order staying all nonsettlement related proceedings in this action, including a stay of all pending motions and objections.

A [Proposed] Order is lodged concurrently herewith.

Dated: March 23, 2023          By:      /s/ Michael F. Ram
                                        Michael F. Ram

                                    Michael F. Ram (SBN 104805)
                                    mram@forthepeople.com
                                    Marie N. Appel (SBN 187483)


mappel@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Ra O. Amen (Admitted *Pro Hac Vice*)
Ramen@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Gretchen M. Nelson (SBN 112566)
gnelson@nflawfirm.com
Gabriel S. Barenfeld (SBN 224146)
gbarenfeld@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 S. Figueroa Street., Suite 2050
Los Angeles, California, 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Counsel for Plaintiff and the Proposed Class*

Dated: March 23, 2023                    By:    */s/ Ian R. Feldman*
                                                Ian R. Feldman

Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Tami Kay Lee (State Bar No. 224092)
tlee@clausen.com
**CLAUSEN MILLER P.C.**
27285 Las Ramblas, Ste. 200
Mission Viejo, CA 92691
Telephone (949) 260-3100
Facsimile (949) 260-3190

1
2  *Counsel for The Ambassador Group, LLC and Brandon M. White*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

*/s/ Michael F. Ram*
Michael F. Ram