IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>       Plaintiff,<br><br>v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS; PERFORMANCE INSURANCE COMPANY SPC; BRANDON WHITE; GOLDENSTAR SPECIALTY INSURANCE, LLC; DOMINIC CYRIL GAGLIARDI and DOES 1 through 50,<br>       Defendants. | Case No.: 8:21-cv-00199-SPG-DFM<br><br>Hon. Sherilyn Peace Garnett<br><br>**ORDER STAYING PROCEEDINGS**<br><br>Complaint Filed: January 28, 2021 |

**ORDER**

0

For good cause shown, the Court stays all nonsettlement related proceedings in this action, including a stay of all pending motions and objections. The parties are to file quarterly status reports effective July 24, 2023, until filing of the dismissal.

**IT IS SO ORDERED**

Dated: March 24, 2023



HON. SHERILYN PEACE GARNETT
U.S. COURT DISTRICT JUDGE