JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL OBISPO YOUTH BASEBALL, INC. d/b/a DANA POINT YOUTH BASEBALL, individually and on behalf of all other similarly situated individuals and entities,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE AMBASSADOR GROUP LLC d/b/a AMBASSADOR CAPTIVE SOLUTIONS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 8:21-cv-00199-SPG-DFM<br><br>**JUDGMENT** |

　　　On March 20, 2025, the Court issued an Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs (ECF No. 160 ("Order")).  The Court hereby enters judgment in accordance with that Order.

　　　Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the Court:

　　　1)　　GRANTS Plaintiffs' Motion for Final Approval of Class Action Settlement at ECF No. 148;

-1-

2) CERTIFIES the Settlement Class, as described at ECF No. 138-3 ("Amended Settlement Agreement") § 2.19, for settlement purposes only;

3) APPROVES the Amended Settlement Agreement at ECF No. 138-3;

4) APPOINTS Plaintiff Del Obispo Youth Baseball, Inc., doing business as Dana Point Youth Baseball, as Class Representative;

5) APPOINTS Michael F. Ram and Marie N. Appel of Morgan & Morgan Complex Litigation Group and Gretchen M. Nelson and Gabriel S. Barenfeld of Nelson & Fraenkel LLP as Class Counsel;

6) APPOINTS CPT Group, Inc., as the Settlement Administrator as described in the Amended Settlement Agreement § 2.16;

7) GRANTS a service award of $1,000 to the Class Representative as described in the Amended Settlement Agreement § 9.03, and payable from the Settlement Fund as described in the Amended Settlement Agreement § 2.21; and

8) GRANTS the Fees Motion at ECF No. 149, awarding attorneys' fees and expenses to Class Counsel in the amount of $65,000 as described in the Amended Settlement Agreement § 9.02, and payable from the Settlement Fund as described in the Amended Settlement Agreement § 2.21.

**IT IS SO ORDERED.**

DATED: April 10, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE